*12 Buch.* Denver Water W'ks Co. *v.* American Water W'ks Co.

THE DENVER CITY WATER WORKS COMPANY et al., complainants-respondents,

*v.*

AMERICAN WATER WORKS COMPANY.

[Argued June 26th, 1913. Decided October 16th, 1913.]

On three appeals from a decree from the court of chancery, one by John S. McMaster, receiver, another by Clarence H. Venner, and the other by United Water Works Company, Ltd., which decree was advised by Vice-Chancellor Howell, whose opinion is reported in *81 N. J. Eq. (11 Buch.) 139.*

*Mr. John S. McMaster,* for the appellant, John S. McMaster, receiver.

*Mr. Pierre F. Cook,* for the appellants, Clarence H. Venner and United Water Works Company, Ltd.

*Messrs. McDermott & Enright,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Howell.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, KALISCH, VREDENBURGH, CONGDON, TERHUNE, HEPPENHEIMER—10.

*For reversal*—None.